500 A.2d 426

**COMMONWEALTH of Pennsylvania**

**v.**

**Marvin MILES, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 25, 1985.

Decided Nov. 21, 1985.

641

John W. Packel, Chief/Appeals Div., Asst. Public Defender, Peter Rosalsky, Philadelphia, for appellant.

Eric B. Henson, Deputy Dist. Atty., Ann C. Lebowitz, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.